# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> YM WHOLESALE, INC., et al., <br><br> Defendants. | Case No.: 2:19-cv-09268-RGK-GJS <br> *Hon. R. Gary Klausner Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

# [PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed without prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February 20, 2020  By: _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE